FILED
CLERK, U.S. DISTRICT COURT

FEB 2 0 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:26-mj-00937 |
| v. | |
| GEVORG GEVORGYAN | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

    Upon motion of the defendant _____, IT IS ORDERED that a detention hearing
is set for February 24 _____, 2026_____, at 3:00_____ ☐a.m. / ☒p.m. before  the
Honorable Karen L. Stevenson_____, in Courtroom 580 _____.

    Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
    *(Other custodial officer)*

Dated:  February 20, 2026 _____          _____
                                            U.S. Magistrate Judge